**DISMISS and Opinion Filed March 15, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01147-CV

**LESLIE MERLO PRISCO AND FIRST PRIORITY TRANSPORTATION, INC., Appellants**
**V.**
**WINTRUST SPECIALTY FINANCE, A DIVISION OF BEVERLY BANK & TRUST COMPANY, N.A., Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-21-0539**

## MEMORANDUM OPINION
Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

After appellants failed to timely file their brief, we directed appellants by postcard to file the brief within ten days and cautioned them that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellants have not filed their brief or otherwise corresponded with the Court regarding the status of the brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.3(a)(1); 42.3(b),(c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

211147F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LESLIE MERLO PRISCO AND
FIRST PRIORITY
TRANSPORTATION, INC.,
Appellants

No. 05-21-01147-CV       V.

WINTRUST SPECIALTY
FINANCE, A DIVISION OF
BEVERLY BANK & TRUST
COMPANY, N.A., Appellee

On Appeal from the 382nd Judicial
District Court, Rockwall County,
Texas
Trial Court Cause No. 1-21-0539.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered March 15, 2022